IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DANTE S. CHAVEZ, Defendant. | 8:20CR259  ORDER |

**THIS MATTER** is before the court on the motion of Brent M. Bloom to withdraw as counsel for the defendant, Dante S. Chavez (Filing No. 23).  Matthew D. Burns has filed an entry of appearance as retained counsel for Dante S. Chavez.  Therefore, Brent M. Bloom's motion to withdraw (Filing No. 23) will be granted.

Brent M. Bloom shall forthwith provide Matthew D. Burns any discovery materials provided to the defendant by the government and any such other materials obtained by Brent M. Bloom which are material to Dante S. Chavez's defense.

The clerk shall provide a copy of this order to Matthew D. Burns.

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge